### IN THE

# SUPREME COURT OF JUDICATURE

#### OF THE

## STATE OF INDIANA,

### AT INDIANAPOLIS, MAY TERM, 1834, IN THE EIGHTEENTH YEAR OF THE STATE.

---

## PELL v. FARQUAR, Administrator, in Error.

IF in a suit in chancery against *A.*, *B.*, and *C.*, there be a final decree against *A.* alone, he cannot assign for error that *B.* and *C.* had not legal notice of the suit.

*Monday, May 26.*

If an administrator consent to the sale, by heirs, of the real estate of the intestate, he divests himself of any right, which he might otherwise have had under the statute, to make such estate assets, in case of a deficiency of the personal property.

If on a sale of real estate by heirs, the purchaser make a valid agreement, as a part of the consideration, to pay the debts of the ancestor should there be a deficiency of assets, the remedy against him on the agreement is at law and not in chancery.

The transcript of the record in a chancery suit, should contain all the evidence given in the Court below, in order that the Supreme Court may determine the merits of the cause (1).

(1) Vide note 1, to *Gallion* v. *M'Caslin*, Vol. 1, of these Rep. 95.